UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

REX AMARU MONTANA,

                      **Plaintiff,**

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                      **Defendant.**

-------------------------------------------------------------X

20-CV-08926 (SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2022

**SARAH NETBURN, United States Magistrate Judge:**

    The parties are directed to meet and confer to address the plaintiff's motion for an award of attorneys' fees and costs in an effort to conserve judicial and attorney resources. Within 30 days of the plaintiff's motion, the government shall file either a stipulation regarding the motion, or an opposition to the plaintiff's motion. Any reply may be filed 14 days later.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 8, 2022
               New York, New York