```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REX AMARU MONTANA,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

STIPULATION AND ORDER
No. 1:20-cv-08926-SN

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that Defendant shall pay Plaintiff the sum of seven thousand three hundred and fifty-three dollars and eighty cents ($7,353.80) in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in full satisfaction of any and all claims for attorney's fees under the EAJA in connection with this action. Fees may be paid to Plaintiff's counsel if Plaintiff has so agreed in writing, and Plaintiff owes no debt to the federal government that is subject to offset.

Dated: New York, New York
      May 5, 2022

NY DISABILITY, LLC
Attorney for Plaintiff

By: _____
DANIEL BERGER, ESQ.
1000 Grand Concourse, Suite 1-A
Bronx, New York 10451
Phone: (718) 588-4715
Email: danielberger@aol.com

Dated: New York, New York
      May 10, 2022

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street – 3rd floor
New York, New York 10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 11, 2022
      New York, New York