**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 4/7/2026 __

**REX AMARU MONTANA,**

                                    **Plaintiff,**                          **20-CV-08926 (SN)**

           -against-                                                        <u>**ORDER**</u>

**COMMISSIONER OF SOCIAL SECURITY,**

                                    **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On January 27, 2026, Plaintiff's counsel filed a motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b). ECF No. 30. The Court ordered the Commissioner to respond to Plaintiff's motion for attorney's fees by no later than Friday, March 13, 2026. ECF No. 35. To date, the Commissioner has not filed a response. The Commissioner is ORDERED to file its response by no later than Friday, April 17, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
           April 7, 2026